AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br><br>April Evalyn Short<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)          1:23 mj 63<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 15, 2023___ in the county of ___Richmond___ in the ___Southern___ District of ___Georgia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1111(a) | Murder |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Matthew B. Ehrhart, Special Agent
U. S. Army Criminal Investigation Division incorporated as is fully set forth herein.

☑ Continued on the attached sheet.

*Attested to by Applicant in accordance with the requirements of Fed R Crim P. 41 by teleconference.

_____
*Complainant's signature*

Matthew B. Ehrhart, S.A. U. S. Army CID
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/16/2023

_____
*Judge's signature*

City and state: Augusta, GA

Brian K. Epps, U.S. Magistrate Court
*Printed name and title*