**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

### CLERK'S MINUTES

| | |
|---|---|
| CASE NO.: 1:23MJ063 | DATE: November 16, 2023 |
| UNITED STATES OF AMERICA | TIMES: 3:32 - 3:44 |
| V. | |
| APRIL EVALYN SHORT | |

| | |
|---|---|
| **Honorable:** Brian K. Epps, United States Magistrate Judge | **Courtroom Deputy:** Courtnay J. Capps |
| **Court Reporter:** FTR | **Interpreter:** |
| **Probation Officer:** Justin Brownlee | **Security:** CSO Ingram; USMS Brant, Partlow |

**Attorney for Government:** Patricia Rhodes, Henry Syms
**Attorney for Defendant(s):** J. Pete Theodocion

**PROCEEDINGS:** INITIAL APPEARANCE/COMPLAINT

- [✓] All parties present and ready to proceed
- [✓] Court finds defendant competent to proceed
- [✓] Defendant advised of rights
- [✓] Defendant advised of charges/allegations in Affidavit
- [ ] Defendant advised of right to preliminary hearing
- [✓] Defendant waives preliminary hearing
- [ ] Preliminary Hearing scheduled for:
- [✓] Government moves for detention
- [✓] Detention Hearing waived
- [ ] Detention hearing scheduled for:
- [ ] Detention Hearing held

Witness for the Govt:                           [ ] Witness sworn

Witness for the Deft:                           [ ] Witness sworn

- [ ] Defendant Detained Pending Detention Hearing
- [✓] Defendant Detained pending further proceedings in this Court
- [✓] Defendant remanded to custody of US Marshal
- [ ] Defendant granted bond:

**Notes:** Oral joint motion for competency evaluation granted. Court to enter an order.