AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:23MJ063 |
| APRIL EVALYN SHORT | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 11/16/2023

_April Short_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

JPetiTheodocion /Ga 703999
*Printed name and bar number of defendant's attorney*

507 Walker Street, Augusta GA 30901
*Address of defendant's attorney*

theodocion01 @ comcast. net
*E-mail address of defendant's attorney*

706 722-3000
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*